Form ntcabuse

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **11−65703−mbm**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Edward Steven Bieniek Jr.                       Tiina Kathleen Bieniek
   3618 Indian Wood Ln.                             3618 Indian Wood Ln.
   Temperance, MI 48182                         Temperance, MI 48182

Social Security No.:
   xxx−xx−9598                                           xxx−xx−8127

Employer's Tax I.D. No.:

## CLERK'S NOTICE OF PRESUMED ABUSE UNDER 11 U.S.C. § 707(B)(2)

The Statement of Current Monthly Income and Means Test Calculation, filed by the debtor, indicates that a presumption of abuse has arisen under § U.S.C. 707(b)(2).

Creditors may have the right to file a motion to dismiss the case under § U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Dated: 5/15/14

                                                                BY THE COURT

                                                                 Katherine B. Gullo , Clerk of Court
                                                                 UNITED STATES BANKRUPTCY COURT

```
                                  United States Bankruptcy Court
                                   Eastern District of Michigan
In re:                                                           Case No. 11-65703-mbm
Edward Steven Bieniek, Jr.                                       Chapter 7
Tiina Kathleen Bieniek
           Debtors                     CERTIFICATE OF NOTICE
District/off: 0645-2          User: clewi                    Page 1 of 2                   Date Rcvd: May 15, 2014
                              Form ID: clkntcab              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2014.
db/jdb    +Edward Steven Bieniek, Jr.,    Tiina Kathleen Bieniek,    3618 Indian Wood Ln.,
            Temperance, MI 48182-8814
20483461  +Bennett Law, PLLC,    10542 South Jordan Gateway,    Ste. 200,    South Jordan, UT 84095-3907
20483464  +Cb Manistee,    Po Box 638,    Manistee, MI 49660-0638
20483465  +Cbs,    23 E. Front St,    Monroe, MI 48161-2256
20483469  +Certegy Payment Recovery Services, Inc.,    11601 Rossevelt Blvd,
            Saint Petersburg, FL 33716-2202
20761871   CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
20683231   CitiFinancial, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
20483472  +Citifinancial,    1289 N. Telegraph Rd.,    Monroe, MI 48162-3368
20483477  +Dr/bond Coll,    Po Box 498609,    Cincinnati, OH 45249-8609
20483478  +Dundee Auction Services and Sale Barn,    3223 Dennison Rd.,    Dundee, MI 48131-9618
20483480  #+First Financial Asset Mgmt,    P.O. Box 901,    Fort Mill, SC 29716-0901
20483481   Global Payments Inc,    Po Box 61158,    Chicago, IL 60666
20483482  +Housel’s Nursery,    8575 Lewis Ave.,    Temperance, MI 48182-9582
20483483  +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
20483484  +KCRC,    P.O. Box 30650,    Salt Lake City, UT 84130-0650
20483485  +Ken’s Stone & Excavating,    P.O. Box 527,    Lambertville, MI 48144-0527
20483486  +Meade & Associates,    Attn: Bankruptcy,    737 Enterprise Dr,    Westerville, OH 43081-8841
20585550  +Mercy Health Partners,    2200 Jefferson Ave 5th Flr,    Toledo, OH 43604-7102
20483488  +Michigan ARCS,    P.O. Box 30158,    Lansing, MI 48909-7658
20483489  +Michigan Department of Treasury,    P.O. Box 30199,    Lansing, MI 48909-7699
20483490  +National Credit Adjusters,    P.O. Box 3023,    327 W. 4th St,    Hutchinson, KS 67501-4842
20483492   Ndc Ck Svc,    Po Box 61158,    Chicago, IL 60666
20483493  +Ottawa Lake Co-Op Elevator Co.,    7433 Lynch Rd,    Ottawa Lake, MI 49267-9555
20483496  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court: Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541)
20483494  +Payliance,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
20483495  +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
20483497  +Scheer Green and Burke, Co LPA,    P.O. Box 1335,    Toledo, OH 43603-1335
20483498  +Solomon and Solomon P.C.,    Five Columbia Circle,    Albany, NY 12203-6374
20483499  +St. Anne Mercy Hospital,    3404 W. Sylvania,    Toledo, OH 43623-4480
20483500  +The Andersons,    Loss Prevention,    P.O. Box 119,    480 W. Dussel Dr.,    Maumee, OH 43537-1690
20483502  +Toledo Cardiology Consultants, Inc.,    2409 Cherry St., Ste. 109,    Toledo, OH 43608-2670
20483503  +Tridentasset.com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
20483507   Trott & Trott, P.C.,    41440 Northwestern Hwy,    Ste 200,    Farmington, MI 48334
20483508  +Un Coll Tol,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
21451710   Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
            Irvine, CA 92623-9657
20606561   Wells Fargo Dealer Services,    P O Box 19657,    Irvine, CA  92623-9657
20483509  +Wfs Financial/Wachovia Dealer Services,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20483460      E-mail/Text: aolbankruptcynotice@teamaol.com May 15 2014 21:50:38      AOL,    P.O. Box 30622,
               Tampa, FL 33630
20483462      Fax: 614-760-4092 May 15 2014 21:59:44      Buckeye Lending Solutions,    7001 Post Rd, Ste. 300,
               Dublin, OH 43016
20483468     +E-mail/Text: jmastenb@ccrservices.com May 15 2014 21:49:38      Ccrservices,    P O Box 32299,
               Columbus, OH 43232-0299
20483475     +E-mail/Text: creditonebknotifications@resurgent.com May 15 2014 21:49:42      Credit One Bank,
               Po Box 98872,    Las Vegas, NV 89193-8872
20698658     +E-mail/Text: cio.bncmail@irs.gov May 15 2014 21:49:45      Internal Revenue Service,
               Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
20483487     +E-mail/Text: bkr@cardworks.com May 15 2014 21:49:35      Merrick Bk,    Po Box 23356,
               Pittsburg, PA 15222-6356
20700884     +E-mail/Text: rayr1@michigan.gov May 15 2014 21:50:30      Michigan Department of Treasury,
               Bankruptcy Unit,    PO Box 30168,    Lansing, MI 48909-7668
20501987      E-mail/Text: bnc-quantum@quantum3group.com May 15 2014 21:49:57      Quantum3 Group LLC,
               PO Box 788,    Kirkland, WA  98083-0788
20527839      E-mail/Text: bnc-quantum@quantum3group.com May 15 2014 21:49:57      RaZor Capital II LLC,
               Quantum3 Group LLC,    PO Box 788,    Kirkland, WA  98083-0788
20483501     +E-mail/Text: donp@theintegrungroup.com May 15 2014 21:50:38      The Integrun Group,
               22000 Springbrook Ave St,    Farmington Hills, MI 48336-4375
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20483474      Citifinancial
```

```
District/off: 0645-2           User: clewi              Page 2 of 2                 Date Rcvd: May 15, 2014
                               Form ID: clkntcab        Total Noticed: 47
```

20483463* ++++BUCKEYE LENDING SOLUTIONS,   6785 BOBCAT WAY STE 300,    DUBLIN OH  43016-1443
              (address filed with court:  Buckeye Lending Solutions,    7001 Post Rd, Ste. 300,
               Dublin, OH 43016)
20483467*    +Cbs,    23 E. Front St,    Monroe, MI 48161-2256
20483466*    +Cbs,    23 E. Front St,    Monroe, MI 48161-2256
20483470*    +Certegy Payment Recovery Services, Inc.,    11601 Rossevelt Blvd,
               Saint Petersburg, FL 33716-2202
20483471*    +Certegy Payment Recovery Services, Inc.,    11601 Rossevelt Blvd,
               Saint Petersburg, FL 33716-2202
20761872*     CitiFinancial, Inc,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
20483473*    +Citifinancial,    1289 N. Telegraph Rd,    Monroe, MI 48162-3368
20698659*    +Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
20483491*    +National Credit Adjusters,    P.O. Box 3023,    327 W. 4th St,    Hutchinson, KS 67501-4842
20590444*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
20483504*    +Tridentasset.com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
20483505*    +Tridentasset.com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
20483506*    +Tridentasset.com,    5755 Northpoint Pkwy Ste,    Alpharetta, GA 30022-1142
20483476   ##+Creditors Interchange,    80 Holtz Dr,    Buffalo, NY 14225-1470
20483479   ##+F & T Lawn Care,    P.O. Box 269,    Lambertville, MI 48144-0269
                                                                                             TOTALS: 1, * 13, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2014 at the address(es) listed below:
              Charles C. Butler    on behalf of Creditor   Wells Fargo Dealer Services, Inc.
               creditors@fountaincitylaw.com, creditors@fountaincitylaw.com
              Erik C. Stein    on behalf of Plaintiff Tiina Kathleen Bieniek erik@aronofflinnell.com,
               aronofflinnellecf@gmail.com
              Erik C. Stein    on behalf of Plaintiff Edward Steven Bieniek, Jr. erik@aronofflinnell.com,
               aronofflinnellecf@gmail.com
              Erik C. Stein    on behalf of Joint Debtor Tiina Kathleen Bieniek erik@aronofflinnell.com,
               aronofflinnellecf@gmail.com
              Erik C. Stein    on behalf of Debtor Edward Steven Bieniek, Jr. erik@aronofflinnell.com,
               aronofflinnellecf@gmail.com
              Shawn C. Drummond    on behalf of Creditor   CitiFinancial, Inc. easternecf@trottlaw.com
              Timothy J. Miller    trustee@schneidermiller.com, MI45@ecfcbis.COM;assistant@schneidermiller.com
                                                                                             TOTAL: 7