Form:ntc7clwd

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 11−65703−mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Edward Steven Bieniek Jr.                        Tiina Kathleen Bieniek
   3618 Indian Wood Ln.                            3618 Indian Wood Ln.
   Temperance, MI 48182                        Temperance, MI 48182

Social Security No.:
   xxx−xx−9598                                            xxx−xx−8127

Employer's Tax I.D. No.:

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor(s) did not file Official Form 423, Certification About a Financial Management Course.

Dated: 11/16/16

                                                    BY THE COURT

                                                    Katherine B. Gullo , Clerk of Court
                                                    U.S. Bankruptcy Court