UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In Re: Edward S. Bieniek, Jr. and Case No. 11-65703
Tiina K. Bieniek Chapter 7
 Hon. Marci B. McIvor

## ORDER REOPENING CHAPTER 7 BANKRUPTCY
## CASE AND WAIVING FILING FEE

The above referenced case having been closed without the entry of a discharge due to the failure to file official form 23, Debtors' Certificates of Completion of Post Petition Instructional Course concerning personal financial management, and the Debtors having moved to reopen the case for an extension of time to file the official form 23 so a discharge may be entered, and the Court, having reviewing and considered the Motion finds cause to reopen the case and to extend the time for the Debtors to file the official form 23.

Accordingly, **IT IS HEREBY ORDERED:**

1. That the above referenced case be reopened and the deadline for the Debtors to file the official form 23 is extended thirty (30) days from the date of the entry of this Order. Form 23 must be filed as a separate docket entry.

2. That the filing fee for Debtors' Motion to reopen this case is waived in the interest of justice.

.

**Signed on January 18, 2017**

 /s/ Marci B. McIvor
 Marci B. McIvor
 United States Bankruptcy Judge

3.